```
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| JASON GERARD SUZADAIL, | : |
| | :CIVIL ACTION NO. 3:18-CV-0535 |
| Plaintiff, | : |
| | :(JUDGE CONABOY) |
| v. | : |
| | : |
| NANCY A. BERRYHILL, | : |
| Acting Commissioner of | : |
| Social Security, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

AND NOW, THIS FOURTH DAY OF SEPTEMBER 2018, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:

1. Plaintiff's appeal of the Commissioner's denial of benefits (Doc. 1) is GRANTED;

2. Pursuant to the fourth sentence of 42 U.S.C. § 405(g), this matter is REMANDED to the Acting Commissioner of Social Security for further consideration consistent with the simultaneously filed Memorandum;

3. The Clerk of Court is directed to enter judgment in accordance with this Order and to mark the matter in this Court CLOSED.

S/Richard P. Conaboy
RICHARD P. CONABOY
United States District Judge